AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MOHAMMED OMAR HAJI MOHAMMED,<br><br>Defendant(s) | )<br>)<br>) Case No. 19-6359-Hunt<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against the President. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Tobias L. Hyman, Special Agent, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/26/19

_____
Judge's signature

City and state: Fort Lauderdale, Florida        Patrick M. Hunt, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tobias L. Hyman, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. I am a Special Agent with the United States Secret Service and have been so employed since August of 2017. I am currently assigned to the Miami Field Office – Protective Intelligence Squad. I have been assigned to the Joint Terrorism Task Force. Some of my duties include, but are not limited to, investigating threats towards the President of the United States (POTUS), Vice-President of the United States (VPOTUS), First Lady of the United States (FLOTUS) and Former Presidents. Prior to my current assignment, I was a member of the United States Coast Guard for three and a half years.

3. The information set forth in this Affidavit is provided in support of the attached criminal complaint, charging MOHAMMED OMAR HAJI MOHAMMED (the "Defendant") with threats against the President of the United States, in violation of Title 18, United States Code, Section 871.

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest the

defendant for the violation above.

## STATUTORY AUTHORITY

5.  Title 18, United States Code, Section 871 makes it a federal crime to knowingly and willfully make a threat to kill, kidnap, or inflict bodily harm upon the President of the United States.

## PROBABLE CAUSE

6.  On or about July 6, 2019, a Broward Sheriff's Office ("BSO") detective received information from an anonymous source stating that a person known to the anonymous source from a local Mosque had been acting strange and had posted a disturbing statement on Facebook. The source provided a screenshot of the Facebook post to the BSO detective. The post and the Facebook username appearing on the screenshot were in Arabic. The anonymous source also reported that the person who made this Facebook post had become more withdrawn lately and had been fired from his job at a Quickies located in Hollywood, Florida.

7.  The anonymous source further provided the BSO detective with a telephone number of the person who made the disturbing Facebook post. The telephone number ends in 0683. Through publicly available database checks, BSO identified the phone number as belonging to Defendant MOHAMMED OMAR HAJI MOHAMMED.

8.  Thereafter, BSO provided the screenshot to the Federal Bureau of Investigation ("FBI") for translation and analysis. Review of the screenshot revealed that the Facebook username that appeared on the screenshot translated into the name "Mohammed Abu Omar". The post itself was then translated into English as follows: "Whoever knows why I came to America wait for the urgent news on television screens and victory is from Allah."

9. Law enforcement subsequently searched Facebook using the Arabic version of the username "Mohammed Abu Omar" and found a publicly available Facebook page containing a profile photograph that matched the profile photograph on the screenshot provided by the anonymous source. However, the post described above could not be seen on the publicly available portion of this Facebook page.

10. Further investigation linked this Facebook page to Defendant MOHAMMED OMAR HAJI MOHAMMED, residing in Miami-Dade County. In particular, law enforcement were able to match a photograph on the Facebook page to Defendant's photograph contained in the Driver and Vehicle Information Database ("DAVID").

11. The investigation also revealed that on July 8, 2019, the Defendant was arrested and charged with aggravated assault with a deadly weapon without intent to kill and resisting an officer without violence. The events giving rise to the arrest occurred in a Walmart located at 2500 West Broward Boulevard, Fort Lauderdale, Florida, and took place as follows: Defendant entered the Walmart and approached the customer service desk. A disagreement ensued, Defendant grabbed a pair of scissors from the desk, and attempted to slash the Walmart employee while yelling in Arabic. Fort Lauderdale Police Department (FLPD) Officers responded to the Walmart where they found Defendant yelling in Arabic, including "Alla hu akbar," which means "God is great." The responding officers ordered Defendant to drop the scissors; however, Defendant yelled "no" repeatedly and ignored the officers' commands. An officer deployed a Taser to make Defendant drop the scissors. Thereafter, officers arrested Defendant. After being Tased, Defendant continued to be non-compliant. Because the Taser had been deployed, the FLPD Officers transported Defendant to the hospital for medical clearance before bringing him to Broward County Jail.

12. Notably, upon arriving at the Walmart, FLPD Officers activated their body worn cameras, which captured their interaction with Defendant. Your affiant has reviewed the body worn camera video footage, and observes Defendant to be acting in an aggressive and non-compliant manner. Defendant is seen completely ignoring law enforcement's commands.

13. While law enforcement transported Defendant, he continued to yell in Arabic and English. Included in Defendant's statements were explicit threats to kill and/or inflict bodily harm upon the President of the United States.

14. In particular, Defendant's statements, which were captured on the FLPD officers' body worn cameras and subsequently translated by FBI Arabic-speaking interpreters, include the following, which are summary translations of some of Defendant's statements:

   a. Trump is the sacrificial lamb.

   b. Trump will be sacrificed

   c. Defendant is willing to give himself for Allah.

   d. Defendant calls upon Muslims to do Jihad against oppressors and tyrants like Trump.

15. The following statements are literal translations of Defendant's statements:

   a. "I need Trump cut. I want to cut, two portions."

   b. "We are coming for you Trump. We are coming for you with knives. God's wedding, God's wedding with knives. God will send angels to destroy you. He will make an example of you just like the Pharaoh and Sharon."

16. The mention of "Sharon" is believed to be a reference to former Israeli Prime Minister Ariel Sharon, who suffered a stroke during his term as Prime Minister, was in a coma

for several years, and subsequently died.

17. Defendant bonded out of Broward County jail on July 9, 2019. However, on July 19, 2019, Defendant was arrested again at his residence in Miami-Dade County and charged with battery against a police officer, resisting officer with violence, and disorderly conduct. On that day, Miami-Gardens Police Department Officers responded to Defendant's residence where Defendant was once again yelling, non-compliant, and ultimately had to be Tased. His conduct on this day was also captured on Officers' body worn cameras and Defendant is shown to be acting in an aggressive manner. He is seen on the body worn camera video trying to physically attack one of the officers.

## CONCLUSION

18. Based on the above information, I respectfully submit that there is probable cause to believe that MOHAMMED OMAR HAJI MOHAMMED, on July 8, 2019, in Broward County, in the Southern District of Florida, knowingly and willfully made threats to kill and inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871.

FURTHER AFFIANT SAYETH NAUGHT.

Tobias L. Hyman, Special Agent
United States Secret Service

Sworn to and subscribed before me
this 26th day of July, 2019 in Miami, Florida.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-6359-Hunt

UNITED STATES OF AMERICA

vs.

MOHAMMED OMAR HAJI MOHAMMED,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Maria K. Medetis
Assistant United States Attorney
Fla. Bar No. 1012329
99 NE 4th Street, 8th Floor
Miami, Florida 33132
Tel: (305) 961-9010
Maria.Medetis@usdoj.gov